UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED INTERNATIONAL HEALTH NET, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HORIZON BLUE CROSS AND BLUE SHIELD OF NEW JERSEY, ANTHEM INC. AND DOES 1-5, <br><br> Defendant. | Case No. 8:16-cv-01098 JLS (JCG) <br><br> **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Based on the Stipulation of Plaintiff United International Health Net, Inc. ("Plaintiff") and Defendant Horizon Healthcare Services, Inc., d/b/a Horizon Blue Cross Blue Shield of New Jersey ("Horizon"),

It is **HEREBY ORDERED** as follows:

1. The above-entitled action, Case No. 8:16-cv-01098 JLS (JCG), shall be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1); and

VON BEHREN & HUNTER LLP
2041 ROSECRANS AVENUE
EL SEGUNDO, CALIFORNIA 90245

2. Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: May 12, 2017

JOSEPHINE L. STATON
Hon. Josephine L. Staton
Judge, United States District Court

VON BEHREN & HUNTER LLP
2041 ROSECRANS AVENUE
EL SEGUNDO, CALIFORNIA 90245